DAVID L. ANDERSON (CABN 149604)
United States Attorney
Northern District of California
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JULIE BIBB DAVIS (CABN 184957)[1]
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
(510) 788-3508
Julie.Davis@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIE HOLLENBACK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM BARR,<br><br>　　　　Defendant. | Case No. 3:19-cv-00151-MMD-WGC<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED REQUEST TO CONTINUE DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

---

[1] Assistant United States Attorney Davis is representing the federal defendant in this matter, and appearing before this Court, pursuant to LR IA 11-3.

Comes now defendant William Barr ("Defendant"), through his undersigned counsel, and pursuant to Civil LR 26-4, to respectfully move this Court to allow Defendant to file a response to Plaintiff's First Amended Complaint (Dkt. No. 16) no later than April 3, 2020. Defendant's response is currently due on March 17, 2020. On March 13, 2020, counsel for Defendant met and conferred via telephone with *pro se* plaintiff Valerie Hollenback, who stated that she does not oppose Defendant's request to continue.

Defendant's request is based on illness in undersigned counsel's immediate family. In addition, both of undersigned counsel's daughters are away at universities that are closing due to COVID-19 precautions, necessitating undersigned counsel's unexpected time away from the office. This request will not interfere with any other dates scheduled by the Court.

Therefore, Defendant respectfully requests that this Court grant its unopposed request, and order that Defendant file a response to Plaintiff's First Amended Complaint no later than April 3, 2020.

Respectfully submitted this 13th day of March 2020

        DAVID L. ANDERSON
        United States Attorney

        */s/ Julie Bibb Davis*
        JULIE BIBB DAVIS
        Assistant United States Attorney

        *Attorneys for Defendant*

IT IS SO ORDERED.

DATED: March 16, 2020.

        William G. Cobb
        U.S. MAGISTRATE JUDGE