WILLIAM P. BARR
United States Attorney General
DAVID L. ANDERSON (CABN 149604)
United States Attorney
Northern District of California
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JULIE BIBB DAVIS (CABN 184957)[1]
Assistant United States Attorney

    1301 Clay Street, Suite # 340S
    Oakland, CA 94612
    Phone: (510) 788-3508
    Fax: (510) 637-3724
    julie.davis@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE HOLLENBACK,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM BARR,<br><br>    Defendant. | Case No. 3:19-cv-00151-MMD-WGC<br><br>**FURTHER STIPULATED BRIEFING SCHEDULE; [PROPOSED] ORDER** |

---

[1] Assistant United States Attorney Julie Bibb Davis is representing the defendant in this matter and appearing before this Court pursuant to LR IA 11-3.

Pursuant to Civil LR 26-4, Defendant William Barr (Defendant) and *pro se* Plaintiff Valerie Hollenback (Plaintiff), hereby stipulate to the following briefing schedule of Defendant's Motion to Dismiss. Dkt. No. 21. Plaintiff has requested a further continuance to file an opposition to Defendant's Motion to Dismss; due to the COVID-19 pandemic, Plaintiff is currently teleworking and homeschooling her young children, necessitating additional time to respond to Defendant's motion to dismiss. Defendant does not object to this further continuance. Therefore, the parties request approval of the following briefing schedule:

**May 18, 2020: Last day for Plaintff to file an Opposition to Defendant's Motion to Dismiss.**

**June 2, 2020: Last day for Defendant to file a Reply to Plaintiff's Opposition.**

**Hearing Date: To be determined by the Court.**

                                                                Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

DATED: May 4, 2020                           */s/ Julie Bibb Davis*
                                                                JULIE BIBB DAVIS
Assistant United States Attorney
Attorneys for Defendant

DATED: May 4, 2020                           */s/ Valerie Hollenback*
                                                                VALERIE HOLLENBACK
Pro Se Plaintiff

**ORDER**

Pursuant to stipulation, it is SO ORDERED.

DATED:  May 4, 2020