MONTY WILKINSON
United States Acting Attorney General
DAVID L. ANDERSON (CABN 149604)
United States Attorney
Northern District of California
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JULIE BIBB DAVIS (CABN 184957)[1]
Assistant United States Attorney

    1301 Clay Street, Suite # 340S
    Oakland, CA 94612
    Phone: (510) 788-3508
    Fax: (510) 637-3724
    julie.davis@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE HOLLENBACK,<br><br>    Plaintiff,<br><br>v.<br><br>MONTY WILKINSON,<br><br>    Defendant. | Case No. 3:19-cv-00151-MMD-WGC<br><br>**JOINT REQUEST RE BRIEFING SCHEDULE and ORDER** |

---

[1] Assistant United States Attorney Julie Bibb Davis is representing the defendant in this matter and appearing before this Court pursuant to LR IA 11-3.

Defendant Monty Wilkinson (Defendant) and *pro se* Plaintiff Valerie Hollenback (Plaintiff), hereby stipulate to the following briefing schedule of Defendant's Motion to Dismiss. Dkt. No. 34. Plaintiff has requested an additional fourteen days to file an opposition to Defendant's Motion to Dismiss; due to the COVID-19 pandemic, Plaintiff is currently teleworking and homeschooling her young children, necessitating additional time to respond to Defendant's motion to dismiss. Defendant does not object to this further continuance. Therefore, the parties request approval of the following briefing schedule:

**March 9, 2021: Last day for Plaintiff to file an Opposition to Defendant's Motion to Dismiss.**

**March 16, 2021: Last day for Defendant to file a Reply to Plaintiff's Opposition.**

**Hearing Date: To be determined by the Court.**

Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

DATED: February 17, 2021

      */s/ Julie Bibb Davis*
JULIE BIBB DAVIS
Assistant United States Attorney
Attorneys for Defendant

DATED: February 17, 2021

      */s/ Valerie Hollenback*
VALERIE HOLLENBACK
Pro Se Plaintiff

## ORDER

Pursuant to stipulation, it is SO ORDERED.

DATED: February 18, 2021