| | |
|---|---|
| 1 | MERRICK B. GARLAND |
| 2 | United States Attorney General |
|   | STEPHANIE M. HINDS (CABN 154284) |
| 3 | Acting United States Attorney |
|   | Northern District of California |
| 4 | SARA WINSLOW (DCBN 457643) |
|   | Chief, Civil Division |
| 5 | JULIE BIBB DAVIS (CABN 184957)[1] |
|   | Assistant United States Attorney |

1301 Clay Street, Suite # 340S
Oakland, CA 94612
Phone: (510) 788-3508
Fax: (510) 637-3724
julie.davis@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| VALERIE HOLLENBACK, | Case No. 3:19-cv-00151-MMD-WGC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED REQUEST FOR CONTINUANCE OF ENE;** |
| MERRICK V. GARLAND, | **ORDER** |
| Defendant. | |

---

[1] Assistant United States Attorney Julie Bibb Davis is representing the defendant in this matter and appearing before this Court pursuant to LR IA 11-3.

Pursuant to stipulation, the parties respectfully request a 90-day continuance of all dates in this matter, including the ENE currently scheduled for August 3, 2021, and the related pleadings. Counsel for Defendant will be going on extended medical leave beginning on July 26, 2021, and will not return to work until the end of September 2021. Counsel for Defendant has met and conferred via email with Plaintiff Valerie Hollenback, who has agreed to the continuance.

Accordingly, the parties respectfully request that the ENE be continued to November 3, 2021, or as soon thereafter as may be convenient for the Court.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

DATED: July 15, 2021

/s/ Julie Bibb Davis
JULIE BIBB DAVIS
Assistant United States Attorney
Attorneys for Defendant

DATED: July 15, 2021

/s/ Valerie Hollenback
VALERIE HOLLENBACK
Plaintiff

## ORDER

Good cause appearing, and pursuant to stipulation, the request for a continuance is **GRANTED**. **IT IS HEREBY ORDERED** that the ENE scheduled for August 3, 2021, is **VACATED**, and continued until **Tuesday, November 9, 2021, at 9:00 a.m.** The written ENE statements shall be received by the Clerk's Office, Suite 301, no later than **4:00 p.m., on Tuesday, November 2, 2021.** All other details contained in the Court's Order Scheduling Early Neutral Evaluation (ECF No. 43) remain as ordered.

DATED: July 16, 2021.

U.S. MAGISTRATE JUDGE