1  MERRICK B. GARLAND
   United States Attorney General
2  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
3  Northern District of California
   SARA WINSLOW (DCBN 457643)
4  Chief, Civil Division
   JULIE BIBB DAVIS (CABN 184957)[1]
5  Assistant United States Attorney

6     1301 Clay Street, Suite # 340S
      Oakland, CA 94612
7     Phone: (510) 788-3508
      Fax: (510) 637-3724
8     julie.davis@usdoj.gov

9  Attorneys for Defendant MERRICK GARLAND

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIE A. HOLLENBACK, | No. 3:19-cv-00151-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATED REQUEST FOR CONTINUANCE OF ENE; ORDER** |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, | |
| Defendant. | |

Pursuant to stipulation, the parties respectfully request a 60-day continuance of all dates in this matter, including the ENE currently scheduled for November 9, 2021, and the related pleadings, due to the medical leave of Defendant's counsel. Counsel for Defendant was originally scheduled to return to work at the end of September 2021. That medical leave has been extended, and counsel is now scheduled to return to work at the end of November 2021.

The ENE in this case was scheduled for August 3, 2021, and was continued until November 9, 2021 pursuant to the stipulated request of the parties. *See* ECF No. 46. This is the second request to continue the ENE date.

Counsel for Defendant has met and conferred via telephone and email with Plaintiff Valerie

---

[1] Assistant United States Attorney Julie Bibb Davis is representing the federal defendant in this matter and appearing before this Court pursuant to LR IA 11-3.

Hollenback, who has agreed to the continuance.

Accordingly, the parties respectfully request that the ENE be continued to January 10, 2022, or as soon thereafter as may be convenient for the Court.

DATED: October 15, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Julie Bibb Davis* by Pamela T. Johann
JULIE BIBB DAVIS
Assistant United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515

Attorneys for Defendant

DATED: October 15, 2021

*/s/ Valerie Hollenback*
VALERIE HOLLENBACK

Plaintiff *Pro Se*

## ORDER

Good cause appearing, and pursuant to stipulation, the request for a continuance is GRANTED. IT IS HEREBY ORDERED that the ENE scheduled for November 9, 2021, is VACATED, and continued until **Tuesday, January 11, 2022, at 9:00 a.m.** The written ENE statements shall be received by the Clerks' Office, Suite 301, **no later than 4:00 p.m., on Tuesday, January 4, 2022**. All details contained in the Court's Order Scheduling Early Neutral Evaluation (ECF No. 43 ) remain as ordered.

UNITED STATES MAGISTRATE JUDGE

DATED: October 18, 2021.