Valerie A. Hollenback
4141 Bootes Court
Sparks, NV 89436

RECEIVED IN
DROP BOX

2021 DEC 23  P 12: 02

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE HOLLENBACK, | ) Case No. 3:19-cv-00151 |
| Plaintiff, | ) |
| v. | ) STIPULATED REQUEST FOR CONTINUANCE |
| | ) OF ENE:              ORDER |
| MERRICK V. GARLAND | ) |
| Defendant | ) |

Pursuant to stipulation, the parties respectfully request a 30-day continuance of all dates in this matter, including the ENE currently scheduled for January 11, 2022, and the written ENE, scheduled for January 4, 2022. Plaintiff will be on military orders during those days. Plaintiff has conferred via email with the counsel for the defendant who has agreed to the continuance.

Accordingly, the plaintiff respectfully requests that the ENE be continued to February 3, 2022, or as soon thereafter as may be convenient for the Court.

Respectfully submitted,

Dated: December 22, 2021

*/s/ Valerie A. Hollenback*

VALERIE A. HOLLENBACK
Plaintiff

1 | ORDER

2   For good cause shown, and pursuant to stipulation, the request for a continuance is GRANTED.

3

4   The Early Neutral Evaluation scheduled on **January 11, 2022, at 9:00 a.m.** is **VACATED** and will be reset as soon as the court's calendar will accommodate it.

5

6   IT IS SO ORDERED.

7

8   DATED: December 29, 2021

9

...

24                                            2