# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE A. HOLLENBACK,<br><br>                    Plaintiff,<br><br>   v.<br><br>THOMAS BRANDON, et al.,<br><br>                    Defendants. | 3:19-cv-00151-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 65 |

Before the court is Defendant's Motion Regarding Discovery Dispute (ECF No. 65).

Pursuant to the court's Civil Standing Order (ECF No. 57), Plaintiff shall file a response on or before close of business on **Friday, August 5, 2022**.  The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  August 3, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1