| | |
|---|---|
| STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>MICHAEL A. KEOUGH (NYRN 5199666)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200<br>Fax: (415) 436-6570<br>Email: michael.keough@usdoj.gov<br><br>*Attorneys for Defendant* | KAREN L. WINTERS<br>LAW OFFICE OF KAREN L. WINTERS<br>P.O. Box 1987<br>Minden, Nevada 89423<br>Tel: (775) 782-7933<br>Fax: (775) 782-6932<br>Email: kwinters@nevada-law.us<br><br>*Attorney for Plaintiff* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE A. HOLLENBACK,<br><br>　　Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States,<br><br>　　Defendant. | CASE NO. 3:19-cv-00151-ART-CSD<br><br>**JOINT REQUEST FOR 60-DAY STAY AND ORDER** |

Plaintiff Valerie Hollenback and Defendant Merrick Garland, by and through their respective counsel, hereby stipulate as follows:

1. On October 7, 2022, the parties executed a settlement agreement in the above-captioned matter, but require additional time to finalize the settlement.

2. Therefore, the parties agree that all disputes and deadlines in this action should be stayed for sixty (60) days, until December 27, 2022.

3. In the event that the parties require additional time beyond December 27, 2022 to finalize the aforementioned settlement, the parties agree to submit another stipulation by that date.

IT IS SO STIPULATED.

DATED: October 25, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

   /s/ Michael A. Keough
MICHAEL A. KEOUGH
Special Assistant United States Attorney

Acting Under Authority
Conferred by 28 U.S.C § 515

*Attorneys for Defendant*

DATED: October 25, 2022

LAW OFFICE OF KAREN L. WINTERS

   /s/ Karen L. Winters*
KAREN L. WINTERS

*Attorney for Plaintiff*

*Pursuant to District of Nevada Local Rule IC 5-1(c), the filer of this document has confirmed that the non-filing party has consented to this electronic signature*

## ORDER

Pursuant to the Joint Request, IT IS SO ORDERED. The matter is stayed until December 27, 2022. If the parties complete their settlement prior to that date, they shall file a stipulation of dismissal. If the parties do not complete their settlement prior to that date, they shall file a status update with the Court by December 27, 2022.

DATED: October 26, 2022

                                                      C S D
UNITED STATES MAGISTRATE JUDGE

JOINT REQUEST FOR 60-DAY STAY
NO. 3:19-00151 CSD

2